UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

September 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RALPH KENNETH DELEON,<br>    aka "Ralph De Leon,"<br>    aka "Rafiq Abdul Raheem,"<br>    aka "Ya Seen,"<br>    aka "Ya Sin,"<br>MIGUEL ALEJANDRO VIDRIALES<br>    SANTANA,<br>    aka "Miguel Santana,"<br>    aka "Muhammad Khalid<br>    Mikaeel Khattab," and<br>ARIFEEN DAVID GOJALI,<br>    aka "Arifeen Ghazali,"<br>    aka "Arifeen Ghozali,"<br>    aka "Arifeendavud<br>    Gojali,"<br><br>    Defendants. | ED No. CR 12-92 VAP<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 2339A: Conspiracy to Provide Material Support to Terrorists] |

The Grand Jury charges:

[18 U.S.C. § 2339A]

Beginning in or around August 2010 and continuing up to and including November 16, 2012, in San Bernardino and Los Angeles

Counties, within the Central District of California, and elsewhere, defendants RALPH KENNETH DELEON, also known as ("aka") "Ralph De Leon," aka "Rafiq Abdul Raheem," aka "Ya Seen," aka "Ya Sin" ("DELEON"); MIGUEL ALEJANDRO VIDRIALES SANTANA, aka "Miguel Santana," aka "Muhammad Khalid Mikaeel Khattab" ("SANTANA"); ARIFEEN DAVID GOJALI, aka "Arifeen Ghazali," aka "Arifeen Ghozali," aka "Arifeendavud Gojali" ("GOJALI"); and others known and unknown to the grand jury; conspired and agreed with each other to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including property, services, and personnel, including themselves, knowing and intending that they were to be used in preparation for, and in carrying out, violations of the following federal laws:

    a.   Title 18, United States Code, Section 956 (conspiracy to commit at a place outside the United States an act that would constitute the offense of murder, kidnapping, or maiming, if committed in the special maritime and territorial jurisdiction of the United States, where one of the conspirators committed an act within the jurisdiction of the United States to effect an object of the conspiracy);

    b.   Title 18, United States Code, Section 1114 (killing and attempting to kill officers and employees of the United States and of any agency or branch of the United States (including members of the uniformed services), while such officers and employees were engaged in or on account of the performance of official duties, and any person assisting such officers and employees);

1        c.   Title 18, United States Code, Sections 2332(a) and
2   (b) (killing, attempting, and conspiring to kill, a national of the
3   United States while such national is outside the United States);
4        d.   Title 18, United States Code, Section 2332a(b)
5   (using, and threatening, attempting, and conspiring to use, a weapon
6   of mass destruction outside of the United States); and
7        e.   Title 18, United States Code, Section 2332f
8   (delivering, placing, discharging, and detonating, and attempting
9   and conspiring to deliver, place, discharge, and detonate, an
10  explosive or other lethal device into or against a place of public
11  use, a state or government facility, a public transportation system,
12  and an infrastructure facility, with the intent to cause death and
13  ///

```
 1  serious bodily injury and to cause extensive destruction to such
 2  places, facilities, and systems).
```

                                        A TRUE BILL

                                        /S/
                                        _____
                                        Foreperson


ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Section

SUSAN J. De WITT
Assistant United States Attorney
Deputy Chief, National Security Section

CHRISTOPHER D. GRIGG
Assistant United States Attorney
National Security Section