1  R.E. SCOTT
   R.E. SCOTT & ASSOCIATES
2  CBN 67465/DCBN 425778
      WSBN 24709
3  Maple Business Park
   125 Business Center Dr. Ste. C
4  Corona, California 92880
   Telephone 951/273-9730
5  Telecopier 951/273-9734

6  Attorneys for Defendant MIGUEL ALEJANDRO SANTANA
   VIDRIALES
7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )  CASE NO.: CR12-00092(B)-VAP
                                           )
12                        Plaintiff,       )  DEFENDANT'S
                                           )  SUPPLEMENTAL SUBMISSION
13                                         )  OF LETTERS IN SUPPORT OF
    vs.                                    )  SENTENCING POSITION
14                                         )
    MIGUEL ALEJANDRO SANTANA VIDRIALES,    )  Date: 3/16/15
15                                         )  Time: 9:00 a.m.
                          Defendant.       )  Ctrm: 2
16  _____    )
                                              HON. VIRGINIA A. PHILLIPS
17
            Defendant MIGUEL ALEJANDRO SANTANA VIDRIALES hereby submits the
18
    attached letters in support of his sentencing position.
19
    ////                                                                   ////
20

21

22

23

24

25

26

27

28

-1-

I have known Miguel for many years now. He was first introduced to me by my son, and as the years went by I saw him grow into a young man. He came over to my house more often and I began to see him as one of my own. Over the years of seeing Miguel and my son hangout they were more than just friends I seen how much they actually cared for each other.

When Miguel would come to the house whether it was to hangout or stay the night, I always made sure that when he was with us I treated him like if he was my own. Even introducing him to other family members I would say as a joke that he was mine as well. The respect he had for me was beyond great he would always say hello or say thank you when needed and never asked for anything when we would go out to eat with the family, I can remember his little smile or him being shy when it came to him wanting something or just being shy in general. I always told him he has no reason to be shy family doesn't act like that. I can tell that my son always seen him as the brother he never had, me and his mother Rosa would always talk about how close they were and what they would do without each other. We never talked daily but when we did talk it seemed so perfect we always got along and the same way I would look out for Miguel when he was with us she would do the same when my son was over their house. Miguel was more to me than just one of my son's friends he was like a son to me and I will always see him as one of my own.

I don't really know how to explain much but Miguel Santana means no harm to anyone and will never hurt anyone. Miguel never had a bad day he would always smile even if he knew something was wrong; he gave everyone more than enough respect and showed people how he really was. The way he carried himself and the respect he had for my family and others as I seen, is more than I can ask for in a friend. No matter what the outcome is I will always love him and his family. I know he's doing well and keeping his head up as he always should, I hope he knows he has a second family waiting for him and praying for him every day. Love you mijo.

Sincerely,

Norma Magallanes

Please don't hesitate to contact me of any regards. (909)210-5290, thanks again.

2.13.15

Page 1

To whom it may concern.

I Esther Cardenas is writting this letter on behalf of Alejandro Miguel Santana Vidriales. I have known my knefew since he was born. Since he was a young child he was easy going, sociable, and calm perhaps a litle shy. Every time I visit his home in Los Angeles he was always offering helpfull and caring. My sister Teresa Santana raise him since he was born untill he turn 4 yrs old. He was raised by teresa on a loving and caring environment together with with Alejandro Miguel grondparents and auncles. Teresa treated him like another son were she took care of all his needs such as food, toys, clothing and most important a loving caring motherly support. Unfortunately when his mom re married with Bernardino Miguels step dad, and Bernardino preassure Rosa to bring Miguel Alejandro from his away from grandma with whom he had great attachment and security support. Miguel Alejandro at that moment was taken away from the parents he known causing him emotional attachment and sadness. When Miguel Alejandro was brought to his new home with mom and step dad Bernardino change towards Miguel Alejandro and started misstreating him emotionally. For Example. Miguel Alejandro was used to sleeping with grandma teresa since he was born and now he wanted to sleep with his mom Rosa. Bernardino would take him out of the room while Miguel Alejandro would cry, because he was afraid and he started being afraid of Bernardino his step dad. Specially when he would scream at his mom and Miguel Alejandro who was only 4yrs old.

My Knese Rosa was not working at that time and Miguel Alejandro biological parent was not on the picture. Bernardino continue preasuring Rosa and he did not wanted to spend any money on Miguel Alejandros clothing, toys, food and support so Bernardino preasure Rosa to ask for clothing & from support from grand parents because his step dad refused to support him. During this time Alejandro started being mistreated by his step dad Bernardino. My knefew evendo was suffering emotionally continue being a quite, polite child with me and my family every time he saw us. Miguel Alejandros situation became worst when his sister Kimberly was born because and his brother Bernardino Jr. was born. Now his brother and sister were having more previdedges and not him Bernardino was yelling at my knefew and always putting him down. For example Bernardino will allow his children to sleep with them on room if they were afraid and Miguel Alejandro had to sleep by him self scared Then Rosa had to go and sleep with her son. Bernardino would boy toys to his children and not to Miguel Angel. I Remember that on one ocacion Bernardino went to McDonals and bough his children (Kimberly & Bernardino Jr) burgers and he ask for burgers and he responded to Miguel Alejandro do you have money he responded no so he did not bough him burgers. When my sister Teresa (grandma) and grandpa found out on

ocasions they would give him money to buy things. Miguel Alejandro infancy was hard because when he played with his sister and brother toys Bernardino will yelled at him with bad lenguage and Miguel Alejandro was always afraid and sad. Rosa and Alejandro suffer a lot from Bernardino abusse for Rosa Emotional and fisical abuse for Alejandro emotional abuse for what I know and I dont know if there was fisical abuse on his young early days. I do know that his emotional trauma was great and evendo his grandma tried visiting him and supporting him from Mexico it was not enought. Then likely for Miguel Alejandro his mom divorced Bernardino when the abuse became out of hand. Rosa had another male figure as her boyfriend his name was Carlos Bernal before 2000. This new step dad was very good with Miguel Alejandro he would take them to the park and places to have fun, and he would buy him toys clothing and food for the whole family. Miguel Alejandro was happy for a couple yrs with a loving and caring step dad. This new step dad was a good role model at least there was a better home environment at home. Unfortunately Rosa and Carlos Bernal became apart from each other I dont know the reason and separated each other. Again Miguel was being separated from a loving caring male figure just like when he was young or 4yrs old. Miguel Alejandro was now sad and feeling sad and his attachment frustated by this separation.

Rosa started working and became a single parent and one day she meet Carlos Guerrero Miguel Alejandros new dad at this time he was around 12 yrs old. His new step dad was very strict with him and sister and brother. With his new step father it was difficult to get along. What I know is that Carlos Guerrero work only a little here and there while Rosa was a ~~single~~ more financial support for her family. With his new step dad was difficult that I know was because he was hard with all of them. for example: if Alejandro Miguel was hungry he will go and eat and Carlos will tell Miguel Alejandro if you brought food and work you can eat than Miguel Alejandro felted bad and did not eat at all. Another example would be one time when Miguel Alejandro had to work early on the mornings and one of his previous step dads give him an old truck to comute to work and Carlos Guerrero refused to support him by helping him fix the truck for work and did not allow his mom Rosa to give him a ride to work. For what I know Carlos Guerrero refused to help him because the truck was given to Miguel Alejandro by a previous step dad. Miguel Alejandro on his teen age yrs was always trying to work on restaurants to support him self but emotionally he was suffering by not being supported. he was called Lazy by his stepdad and then when he needed help he was not helped. Emotionally my knofew was tramatised and with all that →

Pg. 5

Page 5.

Miguel Angel continue being quiet, shy and easy going. I never saw him being agresive. he keept all his pain inside and tried to survive. I know that my knofew at his teenage yrs he also got along at school with his peos and all his teachers love him because he was obediant and likes steducing. Miguel Angel wanted to be an Artrst and does beatifull drawings, and I hoppe one day he gains a degree on Art. I hoppe one day he gets a chance and he uses his creativity and experience to help others and that what over emotional abuse he suffer turns around and that he studios and that became sucessfull in our sociaty as well as becomio a helpfull estecea person in our community. His Aunt Esther Cardenas who loves him anb wishes the best for him and others.

Sincerly Yours:

Esther Cardenas

Esther V Cardenas
2·13·15

Page 1

I am writing this letter about my knefew Miguel Alejandro Santana Vidriales. I know that my Sister Teresa his grandma raised him since he was born untill he turn 4yrs old. She allways was being worring about making sure he ate, and cleaned. She loved him like her own son. Grandpa was always also supporting him at his young age. His mom Rosa was not able to take care of him since she was working far away from home. Miguel Alejandro was very attach and loved his grandma teresa my sister. Who was and is a good role model to him and us her younger siblings I know it was hard for Miguel Alejandro santana and my sister Teresa when Rosa santana his mom merned Bernardino and when preasure Rosa to bring him to us for what reason I do not know and that became a night mare for Miguel Alejandro and Rosa. As soon as he was here living with his mom Rosa Bernardino his step dad changed and was abusive emotionally with Miguel and his mom Rosa. My nefew was to when ever we saw him quiete, shy, and smile ocacionally. If I needed help he will offer assistance and carrie items for us. Even do he was an emotional tromaticed child he keep being polite to us and his teacher and friends. During the time Bernardino was married with Rosa at any chance he got he would scream with bad lenguage to Miguel Alejandro Santana. Miguel Alejandro

was constantly push away by his step dad
Bernardino specially when he always favoritized
his own children Miguels, Sister & Bernardino JR.
His brother and sister had nice toys, clothing
food from there dad and to Miguel Alejandro
Bernardino did not buy him anything. His
Mom Rosa and grandma Teresa tried probiding
for him but the infancy of Miguel Alejandro
was not easy after 4 yrs of age on hands
of his stepdad Bernardino.
Bernardino was abusive to my Knosse Rosa
and he used verbal emotional abuse to
his step son Miguel Alejandro Santana.
He will constantly hear arguments between
mom and step dad Bernardino. Bernardino
force Rosa physically and the children
woold hear the screams and cry's of their
mom Rosa. After alot of Abuse Rosa
Finally divorced Bernardino and it became
better emotionally. She meet a good new
boyfriend called Carlos Bernal who became
a good Role model for the children
he woold take the children Miguel and
his brother places to eat and have fen.
Miguel Alejandro was happy as well
as his family but the happiness
did not last. Miguel Mom separated
from Carlos Bernal and re married Carlos
Guerrero. Again Miguel had to
adjust to another male on the family.
With this new step dad who was
very strickt with him and just lost
some stepdad he was attach did
not help his allready emotional
infancy.

Miguel Alejandro Santana had to adjust to Carlos Guerrero once again. He ocacionally hear arguments between him and his mom. The new step dad was jealous and controlling with his mom Rosa. With him and his brother was hard and did not got along with the children. During his young and teen age y,s at school all his teachers and friends love him and he was never a trouble maker. He did not look for fights and was a sociable loving boy. He always wanted to pursue continue stading he is a good Drawing and in art. I hoppe his life turns around and gets a second chance in life. Thank his aunt.

Maria M Vidrialy

Maria M Vidrialer

2.13.15

Page 1

I Nicolas Vidriales Quiñone am writing this letter to express what I know about my knefew Miguel Alejandro Santana Vidriales. My knefew was raised by my sister Teresa Santana Vidriales since he was born untill he was around 4 yrs of age. My sister love him very much. and she was always cooking his best feed and she love taking care of Miguel Alejandro. Both grandparents specially Teresa would buy him clothing and toys jest like a son. One day his mom Rosa Santana married Bernardino when Miguel Alejandro was around 4 yrs old. and Bernardino for some reasone preasure Miguel mom to bring him to U.S for some reason that I don't know What I do know is that Miguel Alejandro was very attached to grandma and this separation at his young age was hard on him. Now he was at a new home with a stepade dad that was constantly yelling at the child and wife. I remember that he was very atach to Teresa and he sleep with grandma when she was scared. When he was here at U.S with mom he was afraid at a new place and he wanted to sleep with his mom Rosa. Bernardino would force him out by yelling at him and also stress Rosa who would go to her son and sleep with him some times of course this caused confrontatows with Bernardino and this situation caused Miguel Alejandro an emotional damage that make him feel anwanted. Rosa and my sister Teresa tried to buy most of his clothing and feed and toys.

For what I know Miguel Alejandro Infancy
become emotionally even worst when his
sister and brother were born his step dad
Bernardino constantly push him away and yelled
at Miguel Alejandro! During this time he
suffered alot emotionally because he was
young and did not understand why his step
dad only buy toys and feed to his own
children and not him. On some ocassions
if Miguel Alejandro played with the brother
and sister toys Bernardino will scream
yealling bad language and hurtfull words to
Miguel Alejandro. One of the examples
that comes to my mine is when Miguel
Alejandro went to buy Burgers at McDonals
and Bernardino Alejandro ask for a Burger
to Bernardino and he refesed to buy Miquel
a burger he ask him do you have money
he did not have money so he step dad
did not bought him the food. He was
never treated equally wi by his step dad.
Miguel Alejandro had a hard infancy of
he suffer from being separated from
grandma at 4yrs old and ended on an
emotional unstable environment were his
step dad was abussive to his mom
emotionally and probably fisically.
I Remember that Bernardino was
abussive and Miguel Alejandro had to
hear together with his brother and
sister how Bernardino force Rosa to
go to room by force and yelling
to my Rosa. I personally know
that this afected Miguel Alejandro. —>

Page3

Finally after all the abuse Bernardino an Rosa separated and Miguel Alejandro had a breathing time. Rosa meet Carlos Bernal who she dated and lived with Rosa. This step dad was a good role model and he would take Miguel Alejandro places like parks and stores. He would by Miguel Alejandro toys and was helfell to the family. Unfortunatelly one day after all that happiness Rosa and Carlos Bernal separated and it was hard for Miguel Alejandro at his young age once again losing some one he was attached and emotionally I feel he was hurt and sad. Miguel Alejandro was still quiete, frendly, and shy he keep all his pain inside and I never saw him being rude, or agressive evendo he had all this problems. Then Rosa meet Carlos Guerrero Miguel Angel new step dad and wt Rosa started this new relationship and started living with Carlos Gerrero. Carlos Gerrero is a strick person with Miguel Alejandro and sister and Grdther. All the children did not got along with Carlos Gerrero. Miguel Alejandros mom will work and financially support her children and Carlos work only some times but did not support the children. Miguel Alejandro to the best of my knowledge suffer emotionaly his teenage years with another step dad that was very strickt. What comes to my mine is when he wanted to eat and

Carlos Gerrero told them constantly
that if they work or brought food
they can eat. Miguel Alejandro
would feel bad and went to his
room with out eating constantly.
I hear that he constantly called
Miguel Alejandro lazy and to go to
work. My knefew allways tried to
work on restaurants some time.
One time he started work very early
and depended of mons rides early on morning.
Miguel Alejandro did not wanted to lose
his job. Rosa was pressure by her
new husband about not to give her
son a ride to work. Miguel ask for
help and one of Rosas precreus husband
give Miguel Alejandro an old truck for
transportation. Carlos Gerrero now husband
refused to help him fix the truck so
that Alejandro can go to work. This forced
Miguel Alejandro could go to work
he did not have money, transportation, and
support from his family to continue working.
With all this he keep being polite,
quiets, and shy and I never saw him
fighting or rude to anyone.
He wanted to succed and was being
block by obstacks. He wanted not to
be called lazy yeat he did not
recived help to work and study.
He wanted to be an Art Major. My
knefew is good in drawing.
I do wish he gets a new fresh
start to succed and become a
good member of our society with a good → s

Support on Education by using the help available from Education department. I wish for Miquel Alejandro to feel that there is a way out of the emotional trauma tunnel he suffer. That we care about him that there are people and members of or community that care and care about others. I hoppe that he gets a second chance on life to make new choices the right choices. Miquel Alejandro is a good caring young boy that I hoppe turns around and uses his bad experiences into good skills and starts helping the community. Sincerly Your: Nicolas Vidrialy Quiñones.

Nicolas Vidriqles Q
09-13-15

**PROOF OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF RIVERSIDE

      I am employed in the County of Riverside, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 125 Business Center Drive #C, Corona, CA 91720.

      On 2/25/15, I served [ ] the original [X] a true copy of the following document(s) described as **DEFENDANT'S SUPPLEMENTAL SUBMISSION OF LETTERS IN SUPPORT OF SENTENCING POSITION** on the interested parties in this action as follows:

          LORI PASCOVER, U.S. Probation Officer, 312 No. Spring St. #600,
          Los Angeles,  CA 90012; lori_pascover@cacp.uscourts.gov

☐    BY MAIL - I caused such envelope(s) with postage thereon fully prepaid, to be deposited in the U.S. Mail at Corona, California, to the below mentioned addressee(s).

☒    BY MAIL - I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully pre-paid at Corona, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐    BY PERSONAL SERVICE - I caused such envelope(s) to be delivered by hand to the below mentioned addressee(s).

☒    BY EMAIL to the Email address above

☐    BY TELECOPIER - I caused such document(s) to be transmitted to the telephone numbers indicated above on _____.

☐    (STATE) **I DECLARE UNDER PENALTY OF PERJURY** under the laws of the State of California that the foregoing is true and correct.  .

☒    (FEDERAL) **I DECLARE UNDER PENALTY OF PERJURY** under the laws of the United States of America that the I am employed in the office of a member of the bar of this Court at whose direction the service was made.


EXECUTED on 2/25/15, at Corona, California.


                         _____/s/_____
                         R.E. SCOTT